IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08 CV 020

| | |
|---|---|
| JANICE POPE, | ) |
|     Plaintiff | ) |
| V | )    **ORDER** |
| HOME DEPOT U.S.A., INC., | ) |
|     Defendant | ) |

**THIS MATTER** is before the court on Michael L. Wade, Jr.'s Motion for Admission *Pro Hac Vice* of William L. Duda. It appearing that William L. Duda is a member in good standing with the South Carolina Bar and will be appearing with Michael L. Wade, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Michael L. Wade, Jr.'s Motion for Admission *Pro Hac Vice* (#3) of William L. Duda is **GRANTED**, and that William L. Duda is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Michael L. Wade, Jr.

Signed: March 11, 2008

Dennis L. Howell
United States Magistrate Judge